| | |
|---|---|
| 1 | WILLIAM L. STERN (BAR NO. 96105) |
|   | wstern@mofo.com |
| 2 | JESSE W. MARKHAM, JR. (BAR NO. 87788) |
|   | jmarkham@mofo.com |
| 3 | JAMES R. McGUIRE (BAR NO. 189275) |
|   | jmcguire@mofo.com |
| 4 | ELIZABETH GILL (BAR NO. 218311) |
|   | egill@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHNNIE WALKER d/b/a PJ'S AUTO BODY,

Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES 1-50,

Defendants.

Case No. 2:06-cv-1703-MCE-DAD

**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

Hon. Morrison C. England, Jr.

///
///
///
///
///
///
///
///

**ORDER**

The parties jointly request that the Court extend the time by which defendant USAA Casualty Insurance Company ("Defendant") may plead or otherwise respond to the operative Complaint to and including September 8, 2006.  Pursuant to the parties' Joint Application, the Court grants this request:  Defendants must plead or otherwise respond to the operative Complaint by September 8, 2006.

IT IS SO ORDERED.

DATED: August 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE