1  Neville L. Johnson (State Bar No. 66329)
   Brian A. Rishwain (State Bar No. 156403)
2  Douglas L. Johnson (State Bar No. 210515)
   JOHNSON & RISHWAIN LLP
3  439 N. Canon Drive, Suite 200
   Beverly Hills, CA 90210
4  Telephone: (310) 975-1080
   Facismile: (310) 975-1095
5  njohnson@jrllp.com; brishwain@jrllp.com;
   djohnson@jrllp.com
6
   Maxwell M. Blecher (SBN 26202)
7  BLECHER & COLLINS, P.C.
   611 West Sixth Street, 20th Floor
8  Los Angeles, California 90017-3120
   Telephone: (213) 622-4222
9  Fax: (213) 622-1656

10 Attorneys for Plaintiff and the Plaintiff Class

11

12

13
                         UNITED STATES DISTRICT COURT
14
                         EASTERN DISTRICT OF CALIFORNIA
15

16
   JOHNNIE WALKER d/b/a PJ'S          No. 2:06-cv-1703-MCE-DAD
17 AUTO BODY, an individual,
   and on behalf of those
18 similarly situated,

19           Plaintiffs,

20       v.                           **ORDER STIPULATED REQUEST FOR
                                      CONTINUANCE OF MOTION TO DISMISS
21 GEICO GENERAL INSURANCE            HEARING DATE**
   COMPANY, a Foreign
22 Corporation, GEICO, a Foreign
   Corporation, GEICO CASUALTY
23 COMPANY, a Foreign
   Corporation, and GEICO
24 INDEMNITY COMPANY, a Foreign
   Corporation, and DOES 1-50;
25 and DOES 1-50, INCLUSIVE,

26           Defendants.
   _____/
27

28 ///

1    The parties jointly requests that the Court continue the

2 hearing date for Defendants GEICO's Motion to Dismiss from

3 October 16, 2006 to October 30, 2006.

4    Although parties may enter into stipulations that do not

5 require court approval, a stipulation to continue a court date

6 does require court approval. [See Local Rule 78-230(g)].  In

7 determining whether to approve a stipulation for a continuance of

8 a court date, the court must receive sufficient information to

9 determine if the requested modification is justified.

10    In light of the fact no information was provided to the

11 court to support the requested continuance herein, the

12 continuance is DENIED.

13    All previously set dates are confirmed.

14    IT IS SO ORDERED.

15 DATED: September 29, 2006

16

17

18                            _____
                             MORRISON C. ENGLAND, JR.
19                           UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                2