BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER (State Bar No. 26202)
mblecher@blechercollins.com
515 South Figueroa Street, 17th Floor
Los Angeles, California 90071-3334
Telephone:   (213) 622-4222
Facsimile:    (213) 622-1656


JOHNSON & RISHWAIN LLP
NEVILLE L. JOHNSON (State Bar No. 66329)
njohnson@jrllp.com
DOUGLAS L. JOHNSON (State Bar No. 209216)
djohnson@jrllp.com
439 N. Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:   (310) 980-9025
Facsimile:    (310) 975-1095

Attorneys for Plaintiff
JOHNNIE WALKER d/b/a PJ's AUTO BODY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| JOHNNIE WALKER d/b/a PJ's AUTO BODY, | CASE NO. 2:06-CV-01703-MCE-DAD |
| Plaintiff, | Honorable Morrison C. England, Jr. |
| vs. | ORDER GRANTING REQUEST OF MAXWELL M. BLECHER TO APPEAR TELEPHONICALLY RE MOTION TO DISMISS |
| GEICO GENERAL INSURANCE COMPANY, a Foreign Corporation, GEICO CASUALTY COMPANY, a Foreign Corporation, and GEICO INDEMNITY COMPANY, a Foreign Corporation, and DOES 1-50, | HEARING:   11/27/2006<br>TIME:           9:00 a.m.<br>PLACE:       Courtroom 10 |
| Defendant. | TRIAL DATE:   None |

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

- 1 -

1      GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants
2 Maxwell M. Blecher's request to appear telephonically at the November 27, 2006
3 hearing at 9:00 a.m. re: motion to dismiss.
4      The Court will call Mr. Blecher at 213-622-4222 at time of the hearing.
5      IT IS SO ORDERED.
6 DATED: November 21, 2006

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE

.



A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

*Printed on Recycled Paper*